**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-099-RJC-DCK**

| | |
|---|---|
| **NIKKI RUSH as guardian of J.M.M., and ROMUS MYERS, as guardian of N.R.J.,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**BRADFORD PREPARATORY SCHOOL, and KELLY PAINTER,** )<br>)<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement Of All Claims" (Document No. 34) on January 14, 2019, and mediator Wayne P. Huckel filed a "Certification Of Mediation Session" (Document No. 35) on January 22, 2019, notifying the Court that the parties reached a settlement of all claims on or about January 10, 2019. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

The mediator's "Certification…" reports that the parties will file a petition for Court approval of the settlement and/or a Stipulation of Dismissal within thirty (30) days. (Document No. 35).

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal and/or a petition for Court approval of the settlement of this case, or in the alternative request an extension of time to make such filings, on or before **February 15, 2019**.

**IT IS FURTHER ORDERED** that "Plaintiffs' Motion To Compel Discovery And Unopposed Motion To Reopen Expert Witness Deadlines" (Document No. 29) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 30, 2019

David C. Keesler
United States Magistrate Judge