UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00099-RJC-DCK

| | | |
|---|---|---|
| ROMUS MYERS, as Guardian of J.M.M., and NIKKI RUSH, as Guardian of N.R.J., | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRADFORD PREPARATORY SCHOOL, KELLY PAINTER, Individually, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on Plaintiffs' Sealed Motion for Order Approving of Minors' Settlement, (Doc. No. 38), seeking approval of a settlement agreement entered into by Plaintiffs and Defendants on January 10, 2019, (Doc. No. 38-1). Upon initial review, the Court needs additional information from the Parties to conclude that the settlement is fair, reasonable, and in the best interests of the children. Accordingly, the Parties shall file a joint proposed order within thirty (30) days, providing in detail why the settlement is fair, reasonable, and in the best interests of the minor Plaintiffs under North Carolina and federal law and based on the facts of this case.

**IT IS, THEREFORE, ORDERED** that within **thirty (30) days** of this Order, the Parties jointly submit a proposed order approving a settlement agreement involving the interests of minors consistent with this Order.

Signed: February 26, 2019

Robert J. Conrad, Jr.
United States District Judge